**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Northern District of Texas_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Eagle Trucklines, Inc. | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 9 6 8 6 8 9 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 180 State Street <br> Number    Street <br><br> Southlake, TX 76092-7632 <br> City                State    ZIP Code <br><br> Tarrant <br> County | **Mailing address, if different from principal place of business** <br><br> Number    Street <br><br> City                State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> City                State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: | |

Debtor __Eagle Trucklines, Inc._____  Case number *(if known)*_____
           Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    4   8   4   1

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☑ Chapter 11. *Check **all** that apply:* |
| | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No |
|---|---|
| If more than 2 cases, attach a separate list. | ☐ Yes.  District _____ When _____ Case number _____ |
| | MM / DD / YYYY |
| | District _____ When _____ Case number _____ |
| | MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No |
|---|---|
| List all cases. If more than 1, attach a separate list. | ☑ Yes.  Debtor __SEE ATTACHMENT 10-1_____ Relationship _____ |
| | District _____ When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Debtor ___Eagle Trucklines, Inc._____   Case number *(if known)*_____
      Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                    Number    Street<br>                    City          State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ | |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49 ☐ 50-99 ☐ 1,000-5,000 ☐ 5,001-10,000 ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999 ☐ 10,001-25,000 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000     ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor __Eagle Trucklines, Inc.__ Case number *(if known)* _____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/25/2023__
               MM/ DD/ YYYY

X __/s/ Gurinder Chouhan__            __Gurinder Chouhan__
   Signature of authorized representative of debtor        Printed name

Title __President__

**18. Signature of attorney**

X __/s/ Robert T DeMarco__     Date __08/25/2023__
   Signature of attorney for debtor             MM/ DD/ YYYY

__Robert T DeMarco__
Printed name

__DeMarco Mitchell, PLLC__
Firm name

__1255 West 15th St., 805__
Number     Street

__Plano__         __TX__      __75075__
City                   State        ZIP Code

__(972) 578-1400__       __robert@demarcomitchell.com__
Contact phone               Email address

__24014543__        __TX__
Bar number                State

# ATTACHMENT 10-1

**Debtor** Eagle Fast Ways, Inc.  **Relationship** Affiliate
**District** Northern District of Texas, Fort Worth Div.  **When** August 25, 2023
**Case number, if known**

**Debtor** Eagle Trans, Inc.  **Relationship** Affiliate
**District** Northern District of Texas, Fort Worth Div.  **When** August 25, 2023
**Case number, if known**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Eagle Trucklines, Inc. |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | ☐ Check if this is an amended filing |

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/25/2023
MM/ DD/ YYYY

**X** /s/ Gurinder Chouhan
Signature of individual signing on behalf of debtor

Gurinder Chouhan
Printed name

President
Position or relationship to debtor

Official Form B202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: Eagle Trucklines, Inc.

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank of America<br>PO Box 660441<br>Dallas, TX 75226-0441 | | | | | | $36,453.22 |
| 2 | Chase Ink<br>Cardmember Service<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | | | | | | $78,437.73 |
| 3 | Chase Ink<br>Cardmember Service<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | | | | | | $20,236.55 |
| 4 | Corcentric, LLC<br>62861 Collections Center Drive<br>Chicago, IL 60693 | | | | | | $13,000.00 |
| 5 | EFS LLC<br>PO Box 630038<br>Cincinnati, OH 45263-0038 | | | | | | $27,000.00 |
| 6 | Interstate Billing Service, Inc.<br>Decatur, AL 35609<br>PO Box 2208<br>Decatur, AL 35609 | | | | | | $9,197.00 |
| 7 | Love's Travel Stops & Country Stores<br>P.O. Box 842568<br>Kansas City, MO 64184-2568 | | | | | | $20,000.00 |
| 8 | Pape Kenworth<br>Box 35144 5077<br>Seattle, WA 98124 | | | | | | $6,500.00 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 1

Debtor   Eagle Trucklines, Inc.   Case number *(if known)* _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Thermo King of Central California<br>PO Box 2367<br>Fresno, CA 93745 | | | | | | $3,767.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

Amur Equipment Finance
1324 N. Lake Drive
Lexington, SC 29072

Ascentium Capital LLC
23970 Hwy 59 N.
Kingwood, TX 77339

Bank of America
PO Box 660441
Dallas, TX 75226-0441

BCT Consulting
7910 N Ingram Ave Ste 101
Fresno, CA 93711-5828

Blue Bridge
11921 Freedom Drive
Reston, VA 20190

BMO HARRIS BANK
PO Box BOX 35707
Billings, MT 59107

CCG
2135 City Gate Lane 440
Naperville, IL 60563

Chase Ink
Cardmember Service
PO Box 6294
Carol Stream, IL 60197-6294

Corcentric, LLC
62861 Collections Center Drive
Chicago, IL 60693


Crossroads
9382 Haven Ave
Rch Cucamonga, CA 91730


Crossroads Financial
9382 Haven Avenue
Rancho Cucamonga, CA 91730


Dallas County Tax-Assessor Collector
500 Elm Street
Dallas, TX 75202


EFS LLC
PO Box 630038
Cincinnati, OH 45263-0038


ENGS Commercial Finance
PO Box 128
Itasca, IL 60143


Gurinder Chouhan
12262 Queenston Blvd C
Houston, TX 77095


Huntington Bank
1405 Xenium Lane North (PCC180)
Plymouth, MN 55441

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Billing Service, Inc.
Decatur, AL 35609
PO Box 2208
Decatur, AL 35609

Lee Financial
PO Box 12346
Fresno, CA 93777

Love's Travel Stops & Country Stores
P.O. Box 842568
Kansas City, MO 64184-2568

Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

PACCAR
PO Box 35707
Billings, MT 59107

PACCAR
2892 E. Jensen Avenue
Southlake, TX 76092

Pape Kenworth
Box 35144 5077
Seattle, WA 98124

PNC Equipment Finance
655 Business Center Dr. Suite 250
Horsham, PA 19044

SUMITMO MITSUI
666 Third Avenue 8th Floor
New York, NY 10017

Tandem
3801 Automation Way 207
Fort Collins, CO 80525

Texas Attorney General's Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Account
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Thermo King of Central California
PO Box 2367
Fresno, CA 93745

Umpqua Bank
3455 South 344th Way 300
Auburn, WA 98001

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

Verdant
12301 Whitewater Dr Ste 80
Hopkins, MN 55343-4157

Volvo
7025 Albert Pick Road 105
Greensboro, NC 27409

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Eagle Trucklines, Inc.**　　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____08/25/2023_____　Signature _____/s/ Gurinder Chouhan_____

　　　　　　　　　　　　　　　　　　　　　　　　Gurinder Chouhan, President

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                              CHAPTER **11**
**Eagle Trucklines, Inc.**

DEBTOR(S)                                                                                        CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Gurinder Chouhan** 12262 Queenston Blvd # C Houston TX 77095 | Stock | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **08/24/2023**          Signature: /s/ Gurinder Chouhan
                                                          *Gurinder Chouhan, President*