Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>**Eagle Trucklines, Inc.,**<br><br>       **Debtor.** | Case No.: 23-42504-ELM-11<br>Chapter: 11 |

### DISCLOSURE OF COMPENSATION OF ATTORNEY
### [11 U.S.C. § 329(a)]

  Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that I am the attorney for the above named Debtor and that compensation paid to me or my law firm within one (1) year before the petition in bankruptcy, or agreed to be paid to me or my firm, for services ("**Services**") rendered or to be rendered on behalf of the above referenced Debtor in contemplation of or in connection with the bankruptcy cases is as follows:

**Prepetition Services**: DeMarco Mitchell, PLLC, ("**DM**") agreed to accept payment on an hourly basis plus costs for prepetition Services relating to the Debtor's bankruptcy case. DM incurred fees in the amount of **$2,042.55** and expenses in the amount of **$1,738.00** prior to the commencement of the case *sub judice* ("**Petition Date**").

**Prepetition Retainer**: DM received a retainer of **$9,238.00** prior to the Petition Date. After deducting the total fees and expenses incurred by the Debtor Prepetition, the remainder held in trust by DM is **$5,458.45**.

**Postpetition Services**: DM has agreed to accept payment on an hourly basis plus costs for postpetition services subject to approval by this Court.

**Sharing of Compensation**: DM has not agreed to share the above disclosed compensation with any other person unless they are members or associates of DM.

### CERTIFICATION

  I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced bankruptcy case.

|  | Respectfully submitted, |
|---|---|
| Dated: August 31, 2023 | */s/ Robert T. DeMarco* <br> **DeMarco•Mitchell, PLLC** <br> Robert T. DeMarco, Texas Bar No. 24014543 <br> **Email** robert@demarcomitchell.com <br> Michael S. Mitchell, Texas Bar No. 00788065 <br> **Email** mike@demarcomitchell.com <br> 1255 W. 15th Street, 805 <br> Plano, TX 75075 <br> **T** 972-578-1400 <br> **F** 972-346-6791 <br> *Proposed* **Counsel for Debtor and Debtor-in-Possession** |