Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| IN RE: | Case No.: 23-42504-ELM-11 |
| | Chapter: 11 |
| **Eagle Trucklines, Inc.,** | |
| Debtor.[1] | **JOINT ADMINISTRATION REQUESTED** |
| IN RE: | Case No.: 23-42505-ELM-11 |
| | Chapter: 11 |
| **Eagle Trans, Inc.,** | |
| Debtor. | **JOINT ADMINISTRATION REQUESTED** |
| IN RE: | Case No.: 23-42506-MXM-11 |
| | Chapter: 11 |
| **Eagle Fast Ways, Inc.,** | |
| Debtor. | **JOINT ADMINISTRATION REQUESTED** |

## DEBTORS' APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT
## OF DEMARCO·MITCHELL, PLLC, AS COUNSEL FOR THE DEBTORS
## [11 U.S.C. § 327(a) AND FEDERAL RULE 2014(a)]

### 14-DAY NEGATIVE NOTICE

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE **ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., FORT WORTH, TX 76102-3643** BEFORE CLOSE OF BUSINESS ON **SEPTEMBER 14, 2023**, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN**

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Eagle Trucklines, Inc., (8689), Eagle Trans, Inc., (8027), and Eagle Fast Ways, Inc. (3935). The Debtors' respective corporate headquarters are: 180 State Street, Southlake, Texas 76092; 4435 East Chandler Blvd., Phoenix, Arizona 85048; and 525 Woodland Square Blvd., Conroe, Texas 77384.

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE**:

**COMES NOW**, Eagle Trucklines, Inc, Eagle Trans, Inc., and Eagle Fast Ways, Inc., debtors and debtors in possession in the above-styled and numbered cases (collectively, the "**Debtors**"), and files this *Debtors' Application for Order Authorizing Employment of DeMarco·Mitchell, PLLC as Counsel for the Debtors [11 U.S.C. § 327(a) and Federal Rule 2014(a)]* (the "**Application**") by and through the undersigned attorney.  By the Application, the Debtors request the entry of an order authorizing the Debtors to employ the firm of DeMarco·Mitchell, PLLC, ("**DM**") as general counsel for the Debtors.  In support of the Application, the Debtors would respectfully show the Court as follows:

## I.     JURISDICTION

1.      The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding.  28 U.S.C. §157(b).

2.      Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein include §§ 105(a), 327 and 330 of 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014 of the Local Rules of Bankruptcy Procedure for the Eastern District of Texas.

## II.     PROCEDURAL BACKGROUND

4.      These bankruptcy cases were commenced by the filing of voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on **August 25, 2023** (the "**Petition Date**").

5.      Brad W. Odell has been appointed as the Subchapter V Chapter 11 bankruptcy

trustee.

6.      The Debtors conduct "over-the-road" trucking operations; transporting goods and products nationwide.  The Debtors operate as a single economic unit.  The sole shareholder of each of the Debtors is Gurinder Chouhan.  Mr. Chohan also serves as the president of each Debtor.

### III.      RELIEF REQUESTED

7.      The Debtors desire to hire DM as counsel to perform extensive legal services as more fully set forth in paragraph 8 herein.  The shareholders and/or associates of DM who will be engaged in these proceedings are duly admitted to practice before this Court.

8.      The Debtors selected as its attorneys the law firm of DM because the firm has experience and knowledge in the field of debtors' and creditors' rights and because it has handled numerous bankruptcy cases and proceedings.  Accordingly, Debtors believe DM is qualified to represent it in these proceedings.

9.      Subject to the control and further order of this Court, DM will be required to render the following services to the Debtors:

a.      To take all necessary action to protect and preserve the Estate, including the prosecution of actions on its behalf, the defense of any actions commenced against it, negotiations concerning all litigation in which it is involved, and objecting to claims;

b.      To prepare on behalf of the Debtors all necessary motions, applications, answers, orders, reports, and papers in connection with the administration of the estate herein;

c.      To formulate, negotiate, and propose a plan of reorganization; and

      d.      To perform all other necessary legal services in connection with these proceedings.

10.      DM has indicated a willingness to act on the Debtors' behalf.

11.      Pursuant to the provisions of Bankruptcy Rule 2014(a), the Declaration of Robert T. DeMarco is attached hereto as **Exhibit "A"**.  Except as may be stated herein and in the declaration of Mr. DeMarco, DM, its associates, shareholders, and other members, to the best of the Debtors' knowledge, DM: (a) does not hold or represent any material interest adverse to the Debtors or their respective bankruptcy estates; and (b) is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.  Moreover, the Debtors believe the employment of DM is necessary and in the best interest of the Debtors and their respective bankruptcy estates.

12.      The Debtors desires to employ DM on an hourly basis for actual and necessary services rendered by DM, based upon the time, the nature, the extent, and the value of said services, in accordance with the firm's usual rates for the cost of comparable services other than in a case under Chapter 11, together with any reimbursement of the firm's actual and necessary expenses.  The current rates effective on **January 1, 2023**, of the firm are set out in the schedule attached hereto as **Exhibit "B"**.  The Disclosure of Compensation of Attorney for Debtors required by Bankruptcy Rule 2016(b) is attached hereto as **Exhibit "C"**.

**WHEREFORE, PREMISES CONSIDERED**, the Debtors respectfully requests that it be authorized to employ and retain the law firm of DeMarco·Mitchell, PLLC, in this case under Chapter 11 of the United States Bankruptcy Code; and for such other and further relief as this Court might deem just and proper.

Respectfully submitted,

Dated: **August 31, 2023**

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**      972-578-1400
**F**      972-346-6791
***Proposed* Counsel for Debtors and Debtors-
in-Possession**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **31st day of August, 2023**.  Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below.  Where such electronic service was not possible, service was made via regular first class mail.

### DEBTORS

**Eagle Trucklines, Inc.,**
180 State Street
Southlake, Texas 76092

**Eagle Trans, Inc.,**
4435 East Chandler Blvd.
Phoenix, Arizona 85048

**Eagle Fast Ways, Inc.,**
525 Woodland Square Blvd.
Conroe, Texas 77384

### TRUSTEES

**Office of the United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202

**Brad W. Odell-SBRA V**
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, TX 79408

### ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

### SEE ATTACHED MATRIX

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791

# EXHIBIT "A"

Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T**  972-578-1400
**F**  972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:**    **23-42504-ELM-11** |
| | **Chapter:**    **11** |
| **Eagle Trucklines, Inc.,** | |
| Debtor.[1] | **JOINT ADMINISTRATION REQUESTED** |
| **IN RE:** | **Case No.:**    **23-42505-ELM-11** |
| | **Chapter:**    **11** |
| **Eagle Trans, Inc.,** | |
| Debtor. | **JOINT ADMINISTRATION REQUESTED** |
| **IN RE:** | **Case No.:**    **23-42506-MXM-11** |
| | **Chapter:**    **11** |
| **Eagle Fast Ways, Inc.,** | |
| Debtor. | **JOINT ADMINISTRATION REQUESTED** |

**DECLARATION IN SUPPORT OF**
**OF DEMARCO·MITCHELL, PLLC, AS COUNSEL FOR THE DEBTORS**
**[11 U.S.C. § 327(a) AND FEDERAL RULE 2014(a)]**

I, **Robert T. DeMarco**, hereby state that I am over eighteen (18) years of age, of sound

mind, qualified and competent in all respects to make this Declaration, and do so of my own

personal knowledge, and further state the following:

**A.        Background**

1.        I am an attorney at law admitted to practice in the State of Texas and the Federal

District Courts for the Northern and Eastern Districts of Texas.  I am a member of the law firm of

DeMarco·Mitchell, PLLC ("**DM**"), which firm maintains offices for the practice of law at 1255 West

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Eagle Trucklines, Inc., (8689), Eagle Trans, Inc., (8027), and Eagle Fast Ways, Inc. (3935). The Debtors' respective corporate headquarters are: 180 State Street, Southlake, Texas 76092; 4435 East Chandler Blvd., Phoenix, Arizona 85048; and 525 Woodland Square Blvd., Conroe, Texas 77384.

15th Street, Suite 805, Plano, TX 75075.

2.      DM, its associates, shareholders, and other members, to the best of my knowledge, do not have any connection with the Debtors, their creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

**B.      Disinterestedness**

3.      Except as otherwise stated herein, to the best of my knowledge, neither I nor any employee of DM have any connection with the Debtors, their known secured, priority and unsecured creditors, or any other parties in interest or their respective attorneys or accountants.

4.      To the best of my knowledge, DM is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that DM:

a.      is not a creditor, equity security holder or insider of the Debtors;

b.      is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

c.      does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

5.      To the best of my knowledge DM neither holds nor represents an interest adverse to the Debtors within the meaning of section 327(a) of the Bankruptcy Code, except as otherwise set forth herein.

6.      Neither DM, nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection

with these bankruptcy cases, other than as permitted by the Bankruptcy Code. DM has not

agreed to share compensation received in connection with these cases with any other person,

except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b)

respecting the sharing of compensation among DM's partners.

7.      If any new and relevant facts or relationships are discovered or arise, DM will

promptly file a supplemental affidavit or declaration in accord with Bankruptcy Rule 2014(a).

### C.      Qualifications

8.      DM has experience and knowledge in the field of bankruptcy and insolvency law.

Personally, I have over 35 years of experience in these areas and am well–qualified to assist the

Debtor with such needs.

9.      Personally, I hold a Bachelor of Arts in Political Science, and Political Philosophy,

from Syracuse University (1984).  I also hold a Juris Doctor, from Pepperdine University School of

Law (1988).

10.     Both I and DM have indicated a willingness to act on behalf of the Debtors and to

subject ourselves to the jurisdiction and supervision of this Court.

### D.      Scope of Representation

11.     DM anticipates providing the following services to the Debtors subject to further

order of the Court:

a.      To take all necessary action to protect and preserve the estates, including

the prosecution of actions on its behalf, the defense of any actions commenced against

it, negotiations concerning all litigation in which it is involved, and objecting to claims;

b.      To prepare on behalf of the Debtors all necessary motions, applications,

answers, orders, reports, and papers in connection with the administration of the estates herein;

c.      To formulate, negotiate, and propose a plan of reorganization; and

d.      To perform all other necessary legal services in connection with these proceedings.

### E.      Compensation and Reimbursement of Expenses

#### Eagle Trucklines, Inc.

12.     DM commenced representation of the Eagle Trucklines, Inc. (**"Trucklines"**) on **August 23, 2023**.  To date, a retainer of **$9,238.00** has been paid to DM on behalf of the Trucklines.  DM has incurred fees of **$2,042.55**, costs and expenses of **$0.00**, and filing fees of **$1,738.00** prior to the Petition Date.  The remaining balance held in trust by DM is **$5,458.45**.

#### Eagle Trans, Inc.

13.     DM commenced representation of the Eagle Trans, Inc. (**"Trans"**) on **August 23, 2023**.  To date, a retainer of **$9,238.00** has been paid to DM on behalf of the Trans.  DM has incurred fees of **$2,042.55**, costs and expenses of **$0.00**, and filing fees of **$1,738.00** prior to the Petition Date.  The remaining balance held in trust by DM is **$5,458.45**.

#### Eagle Fast Ways, Inc.

14.     DM commenced representation of the Eagle Fast Ways, Inc. (**"Fast Ways"**) on **August 23, 2023**.  To date, a retainer of **$9,238.00** has been paid to DM on behalf of the Fast Ways.  DM has incurred fees of **$2,042.55**, costs and expenses of **$0.00**, and filing fees of **$1,738.00** prior to the Petition Date.  The remaining balance held in trust by DM is **$5,458.45**.

15.     Pursuant to 11 U.S.C. §329(a) and Federal Rule of Bankruptcy Procedure 2016(b),

I certify that DM are the attorneys for the above-named debtors and that compensation paid to

DM within one year before the filing of the petition in bankruptcy, or agreed to be paid to DM,

for services rendered on behalf of the debtor in contemplation or in connection with the

bankruptcy case is as disclosed above.

16.    I further represent that any and all billing statements will separately reflect the

work performed for each debtor and where the same work is performed for multiple debtors,

the hourly rate will be pro-rated accordingly.

**F.    Verification**

17.    In accordance with the provisions of 28 U.S.C § 1746, I declare under penalty of

perjury that the foregoing is true and correct.

Dated:  August 31, 2023                    */s/ Robert T. DeMarco*
                                           **Robert T. DeMarco**

# EXHIBIT "B"

# DEMARCO · MITCHELL, PLLC

1255 West 15th Street, Suite 805
Plano, Texas 75075

## RATE SCHEDULE

| ATTORNEY | RATE / HOUR |
|---|---|
| Robert T. DeMarco | $400.00 |
| Michael S. Mitchell | $300.00 |

| PARALEGAL | |
|---|---|
| Barbara Drake | $125.00 |

# **EXHIBIT "C"**

Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE: | **Case No.:**  23-42506-MXM-11 |
| | **Chapter:**  11 |
| **Eagle Fast Ways, Inc.,** | |
| Debtor. | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY
### [11 U.S.C. § 329(a)]

Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that I am the attorney for the above named Debtor and that compensation paid to me or my law firm within one (1) year before the petition in bankruptcy, or agreed to be paid to me or my firm, for services ("**Services**") rendered or to be rendered on behalf of the above referenced Debtor in contemplation of or in connection with the bankruptcy cases is as follows:

**Prepetition Services**:  DeMarco Mitchell, PLLC, ("**DM**") agreed to accept payment on an hourly basis plus costs for prepetition Services relating to the Debtor's bankruptcy case.  DM incurred fees in the amount of **$2,042.55** and expenses in the amount of **$1,738.00** prior to the commencement of the case *sub judice* ("**Petition Date**").

**Prepetition Retainer**:  DM received a retainer of **$9,238.00** prior to the Petition Date.  After deducting the total fees and expenses incurred by the Debtor Prepetition, the remainder held in trust by DM is **$5,458.45**.

**Postpetition Services**:  DM has agreed to accept payment on an hourly basis plus costs for postpetition services subject to approval by this Court.

**Sharing of Compensation**:  DM has not agreed to share the above disclosed compensation with any other person unless they are members or associates of DM.

### CERTIFICATION

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced bankruptcy case.

Respectfully submitted,

Dated:  August 31, 2023

/s/ Robert T. DeMarco

**DeMarco•Mitchell, PLLC**

Robert T. DeMarco, Texas Bar No. 24014543

**Email**    robert@demarcomitchell.com

Michael S. Mitchell, Texas Bar No. 00788065

**Email**    mike@demarcomitchell.com

1255 W. 15th Street, 805

Plano, TX 75075

**T**        972-578-1400

**F**        972-346-6791

***Proposed* Counsel for Debtor and Debtor-in-Possession**

Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE: | **Case No.:** 23-42505-ELM-11 |
| | **Chapter:** 11 |
| **Eagle Trans, Inc.,** | |
| Debtor. | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY
### [11 U.S.C. § 329(a)]

Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that I am the attorney for the above named Debtor and that compensation paid to me or my law firm within one (1) year before the petition in bankruptcy, or agreed to be paid to me or my firm, for services ("**Services**") rendered or to be rendered on behalf of the above referenced Debtor in contemplation of or in connection with the bankruptcy cases is as follows:

**Prepetition Services**:  DeMarco Mitchell, PLLC, ("**DM**") agreed to accept payment on an hourly basis plus costs for prepetition Services relating to the Debtor's bankruptcy case.  DM incurred fees in the amount of **$2,042.55** and expenses in the amount of **$1,738.00** prior to the commencement of the case *sub judice* ("**Petition Date**").

**Prepetition Retainer**:  DM received a retainer of **$9,238.00** prior to the Petition Date.  After deducting the total fees and expenses incurred by the Debtor Prepetition, the remainder held in trust by DM is **$5,458.45**.

**Postpetition Services**:  DM has agreed to accept payment on an hourly basis plus costs for postpetition services subject to approval by this Court.

**Sharing of Compensation**:  DM has not agreed to share the above disclosed compensation with any other person unless they are members or associates of DM.

### CERTIFICATION

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced bankruptcy case.

Respectfully submitted,

Dated:  August 31, 2023

/s/ Robert T. DeMarco

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791
***Proposed* Counsel for Debtor and Debtor-in-Possession**

Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE: | **Case No.:**    23-42504-ELM-11 |
| | **Chapter:**      11 |
| **Eagle Trucklines, Inc.,** | |
| **Debtor.** | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY
### [11 U.S.C. § 329(a)]

Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that I am the attorney for the above named Debtor and that compensation paid to me or my law firm within one (1) year before the petition in bankruptcy, or agreed to be paid to me or my firm, for services ("**Services**") rendered or to be rendered on behalf of the above referenced Debtor in contemplation of or in connection with the bankruptcy cases is as follows:

**Prepetition Services**: DeMarco Mitchell, PLLC, ("**DM**") agreed to accept payment on an hourly basis plus costs for prepetition Services relating to the Debtor's bankruptcy case. DM incurred fees in the amount of **$2,042.55** and expenses in the amount of **$1,738.00** prior to the commencement of the case *sub judice* ("**Petition Date**").

**Prepetition Retainer**: DM received a retainer of **$9,238.00** prior to the Petition Date. After deducting the total fees and expenses incurred by the Debtor Prepetition, the remainder held in trust by DM is **$5,458.45**.

**Postpetition Services**: DM has agreed to accept payment on an hourly basis plus costs for postpetition services subject to approval by this Court.

**Sharing of Compensation**: DM has not agreed to share the above disclosed compensation with any other person unless they are members or associates of DM.

### CERTIFICATION

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced bankruptcy case.

Respectfully submitted,

Dated:  August 31, 2023

/s/ Robert T. DeMarco

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791
***Proposed* Counsel for Debtor and Debtor-in-Possession**

USPS FIRST-CLASS MAIL electronic: Parties whose names are struck through were sent a copy via Electronic Case Filing Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-42504
NORTHERN DISTRICT OF TEXAS
THU AUG 31 12-5-43 PST 2023

EXCLUDE
(U)BMO HARRIS BANK NA

EXCLUDE
(U)BANC OF AMERICA LEASING  CAPITAL
LLC

DEBTOR

EAGLE TRUCKLINES  INC
180 STATE STREET  225
SOUTHLAKE  TX 76092-7632

MITSUBISHI HC CAPITAL AMERICA  INC
CO KEMP SMITH LLP
221 N KANSAS  STE 1700
EL PASO  TX 79901-1401

EXCLUDE
501 W TENTH STREET
FORT WORTH  TX 76102-3637

AMERICAN EXPRESS
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO  TX 79998-1535

AMUR EQUIPMENT FINANCE
1324 N LAKE DRIVE
LEXINGTON  SC 29072-7673

(P)ASCENTIUM CAPITAL
ATTN DOMINIC DILORETO
239070 US 59 NORTH
KINGWOOD  TX 77339

ATTORNEY GENERAL OF THE UNITED STATES
MAIN JUSTICE BLDG  RM 5111
10TH  CONSTITUTION AVE NW
WASHINGTON  DC 20503-0001

BCT CONSULTING
7910 N INGRAM AVE STE 101
FRESNO  CA 93711-5828

BMO HARRIS BANK
PO BOX BOX 35707
BILLINGS  MT 59107-5707

BMO HARRIS BANK NA
PO BOX 3040
CEDAR RAPIDS  IA 52406-3040

BANK OF AMERICA
PO BOX 660441
DALLAS  TX 75266-0441

BLUE BRIDGE
11921 FREEDOM DRIVE
RESTON  VA 20190-6225

(P)COMMERCIAL CREDIT GROUP INC
525 N TRYON STREET
STE 1000
CHARLOTTE NC 28202-0210

(P)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CORCENTRIC  LLC
62861 COLLECTIONS CENTER DRIVE
CHICAGO  IL 60693-0001

CROSSROADS
9382 HAVEN AVE
RCH CUCAMONGA  CA 91730

CROSSROADS FINANCIAL
9382 HAVEN AVENUE
RANCHO CUCAMONGA  CA 91730

DALLAS COUNTY TAXASSESSOR COLLECTOR
500 ELM ST STE 2600
DALLAS  TX 75202-3304

DALLAS COUNTY TAXASSESSOR COLLECTOR
500 ELM STREET
DALLAS  TX 75202-3304

EFS LLC
PO BOX 630038
CINCINNATI  OH 45263-0038

ENGS COMMERCIAL FINANCE
PO BOX 128
ITASCA  IL 60143-0128

GURINDER CHOUHAN
12262 QUEENSTON BLVD C
HOUSTON  TX 77095-5361

HUNTINGTON BANK
1405 XENIUM LANE NORTH PCC180
PLYMOUTH  MN 55441-4408

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA  PA 19101-7346

USPS FIRST CLASS MAIL Recipients:
Parties whose names are struck through were sent via First Class Mail Service.

~~EXCLUDE~~

~~(D) INTERNAL REVENUE SERVICE~~
~~CENTRALIZED INSOLVENCY OPERATIONS~~
~~PO BOX 7346~~
~~PHILADELPHIA  PA 19101-7346~~

INTERSTATE BILLING SERVICE  INC
DECATUR  AL 35609
PO BOX 2208
DECATUR  AL 35609-2208

LEE FINANCIAL
PO BOX 12346
FRESNO  CA 93777-2346

LOVES TRAVEL STOPS  COUNTRY STORES
PO BOX 842568
KANSAS CITY  MO 64184-2568

OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCYCOLLECTIONS DIVISION
PO BOX 12548
AUSTIN  TX 78711-2548

OFFICE OF THE UNITED STATES TRUSTEE
EARLE CABELL FEDERAL BUILDING
1100 COMMERCE STREET ROOM 976
DALLAS  TX 75242-1011

PACCAR
2892 E JENSEN AVENUE
SOUTHLAKE  TX 76092

PACCAR
PO BOX 35707
BILLINGS  MT 59107-5707

PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DR SUITE 250
HORSHAM  PA 19044-3448

PAPE KENWORTH
BOX 35144 5077
SEATTLE  WA 98124-5144

SUMITMO MITSUI
666 THIRD AVENUE 8TH FLOOR
NEW YORK  NY 10017-4033

TANDEM
3801 AUTOMATION WAY 207
FORT COLLINS  CO 80525-5735

TEXAS ALCOHOLIC BEVERAGE COMMISSION
LICENSE AND PERMITS DIVISION
PO BOX 13127
AUSTIN  TX 78711-3127

TEXAS ATTORNEY GENERALS OFFICE
BANKRUPTCY COLLECTION DIVISION
PO BOX 12548
AUSTIN  TX 78711-2548

TEXAS COMPTROLLER OF PUBLIC ACCOUNT
CO OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY-COLLECTIONS DIVISION
PO BOX 12548  MC-008
AUSTIN  TX 78711-2548

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV  BANKRUPTCY
SECTION
PO BOX 13528
AUSTIN TX 78711-3528

TEXAS WORKFORCE COMMISSION
TEC BUILDING  BANKRUPTCY
101 E 15TH ST
AUSTIN  TX 78778-1442

THERMO KING OF CENTRAL CALIFORNIA
PO BOX 2367
FRESNO  CA 93745-2367

(P)HUD OGC REGION VI
TIMOTHY E FEELEY
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

US DEPT OF VETERANS AFFAIRS
REGIONAL OFFICE  FINANCE SECTION 24
701 CLAY AVE
WACO  TX 76799-0001

US SECURITIES  EXCHANGE COMM
FORT WORTH REGIONAL OFFICE
801 CHERRY ST STE 1900 UNIT 18
FORT WORTH  TX 76102-6819

US SMALL BUSINESS ADMINISTRATION
150 WESTPARK WAY STE 130
EULESS  TX 76040-3705

UMPQUA BANK
3455 SOUTH 344TH WAY 300
AUBURN  WA 98001-9546

UNITED STATES ATTORNEY
1100 COMMERCE STREET  3RD FL
DALLAS  TX 75242-1074

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET  3RD FL
DALLAS  TX 75242-1074

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS  TX 75242-0996

VOLVO  VFS US LLC
PO BOX 26131
GREENSBORO  NC 27402-6131

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were sent via Electronic Mail Service.

VERDANT
12301 WHITEWATER DR STE 80
HOPKINS  MN 55343-4157

VOLVO
7025 ALBERT PICK ROAD 105
GREENSBORO  NC 27409-9519

BRAD W ODELL SBRA V
MULLIN HOARD  BROWN  LLP
PO BOX 2585
LUBBOCK  TX 79408-2585

ROBERT THOMAS DEMARCO
DEMARCOMITCHELL  PLLC
1255 W 15TH ST  STE 805
PLANO  TX 75075-7225